THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Willie D.
 Reaves, Respondent,
v.
Franklin C. Reaves, Appellant.
 
 
 

Appeal From Marion County
 A. E. "Gene" Morehead, III,
 Family Court Judge

Unpublished Opinion No. 2011-UP-395
Submitted August 1, 2011  Filed August 19,
 2011  

AFFIRMED

 
 
 
Franklin C. Reaves, pro se, of Chadbourn, N.C., for Appellant.
Willie D. Reaves, pro se, of Mullins, for Respondent.
 
 
 

PER CURIAM: Franklin
 C. Reaves appeals a family court order holding
 him in civil contempt for failure to pay alimony.  We affirm[1] pursuant to Rule 220(b)(1),
 SCACR, and the following authorities:  Price v. Pickens Cnty., 308 S.C. 64, 67, 416 S.E.2d 666,
 668 (Ct. App. 1992) ("The burden is on appellant to provide a sufficient
 record such that this court can make an intelligent review."); Weston
 v. Kim's Dollar Store, 385 S.C. 520, 538, 648 S.E.2d 769, 779 (Ct. App. 2009)
 (finding that an appellate court is limited to facts appearing in the record
 and will not address an argument in the absence of a record showing appellant
 "raised to the [family] court the issues [he] now appeals.").  
 AFFIRMED.
SHORT, WILLIAMS, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.